ARTHUR WIESENBERGER, Appellant, *v.* LAWRENCE S. MAYERS et al., Respondents.

Argued May 19, 1953; decided January 21, 1954.

*John W. Davis, William R. Meagher* and *Joseph Lotterman* for appellant.

*Simon H. Rifkind, Maurice Finkelstein, Herman N. Finkelstein, Joseph S. Iseman* and *Edward N. Costikyan* for respondents.

Permission to withdraw appeal, without costs, granted.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.